In the Matter of the Application of JACOB BARKER,
Respondent, for an Order of Mandamus against
WILLIAM H. SWITZER, as Inspector of Buildings of the
City of New Rochelle, Appellant.

*Appeal — unanimous affirmance of order granting motion for order of
mandamus — appeal to Court of Appeals dismissed.*

*Matter of Barker* v. *Switzer,* 209 App. Div. 151, appeal dismissed.

(Argued June 2, 1924; decided July 5, 1924.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the second judicial department, entered
May 8, 1924, which unanimously affirmed an order of
Special Term granting a motion for a peremptory order
of mandamus to compel the defendant to issue to the

relator a permit for the erection of an apartment house on premises in the city of New Rochelle.

. *Charles A. Van Auken* for appellant.

*Martin J. Tierney* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MCLAUGH-LIN, CRANE, ANDREWS and LEHMAN, JJ.